Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Karen L. Kulczycki
1217 Alene Dr.
Plainfield, IL 60586
SSN: xxx−xx−0566 EIN: N.A.

Case No. : 19−33423
Chapter : 7
Judge : LaShonda A Hunt

---

Debtor's Attorney:
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

847 520−8100

Trustee:
Zane Zielinski, Trustee
Zane Zielinski P.C.
6336 North Cicero
Suite 201
Chicago, IL 60646

773−877−3191

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *November 25, 2019* .

1. *June 19, 2020* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *June 19, 2020* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: March 19, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court