UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-33423 |
|---|---|---|
| Karen L. Kulczycki, | ) | Chapter: 7 |
| | ) | Honorable LaShonda Hunt |
| Debtor(s) | ) | Adv. No.: |
| Plaintiff(s) | ) | |
| Defendant(s) | ) | |

## ORDER APPROVING TRUSTEE'S MOTION TO APPROVE SETTLEMENT WITH TED KULCZYCKI

THIS CAUSE COMING TO BE HEARD on the Trustee's MOTION TO APPROVE SETTLEMENT OF CLAIMS AGAINST TED KULCZYCKI AND APPROVE SHORTENED NOTICE, (the "Motion"), due notice being given to all parties entitled thereto, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The Motion is granted; the terms of the Settlement Agreement as described in the Motion is hereby approved.
2. Shortened Notice of Seven Days of the Motion is approved.
3. Ted Kulczycki shall tender to the trustee the amount of $20,000 (the "Settlement Payment") in return for a full release of any and all claims arising in Case No. 2016 L 315 currently pending in the Will County Circuit Court (the "State Court Case") within 14 days after entry of this order.
4. Upon the Trustee's receipt of the Settlement Payment, Ted Kulczycki is authorized to dismiss the State Court Case pursuant to the terms of this settlement.
5. THe Trustee is authorized to distribute $15,000 of the Settlement Payment to Karen K. Kulcycki as full and final resolution of her claimed exemption in the State Court case.

Enter:  *LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: May 15, 2020

**Prepared by:**

Zane L. Zielinski (6278776)
Daniel J. Nickel (6278133)
THE LAW OFFICE OF ZANE L. ZIELINSKI, P.C.
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
P: 773-981-4725
Email: daniel@nickellawoffice.com